United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIME MUNOZ RAMIREZ, A# 221 277 428 | § § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL ACTION NO. H-26-340 |
| PAM BONDI, Attorney General of the United States, *et al.*, | § § § § | |
| Respondents. | § § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Order of January 21, 2026, the court granted in part Jaime Munoz Ramirez's habeas petition. (Docket Entry No. 8). The court ordered that the respondents must provide Munoz Ramirez with a bond hearing under 8 U.S.C. § 1226(a) by February 2, 2026, or release him. (*Id.*). The court further ordered the parties to provide the court with a status update no later than February 5, 2026. (*Id.*). On February 2, 2026, counsel for the respondents reported that a bond hearing was held on January 29, 2026, and the petitioner was granted a bond in the amount of $5,000. (Docket Entry No. 9). Following the court's order and the grant of the bond, no live claims remain in the case.

This is final judgment.

SIGNED on February 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge